IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVIDSON IZQUIERDO TIRADO AND HIS WIFE, JENNIFER NIEVES,<br>    Plaintiffs<br><br>                    Vs.<br><br>PUERTO RICO POLICE AGENT REYNALDO NIEVES-SOTO BADGE 17952; SERGEANT JOSE D. CORDERO QUIÑONES, BADGE 823488; UNKNOWN SUPERVISOR JOHN DOE; A, B, C COMPANIES; D,E,F INSURANCE COMPANIES<br><br>    Defendants | CIVIL NO. 24-cv-1537 JAG<br><br>**DAMAGES UNDER 42 U.S.C. 1983 and Under the Puerto Rico Civil Code;**<br><br><br>**JURY TRIAL DEMANDED** |

## **MOTION FOR ENTRY OF DEFAULT**

TO THE HONORABLE CLERK OF COURT:

Come now plaintiffs through their undersigned attorney and respectfully state, and pray:

1. On February 18, 2025, plaintiffs served defendants Nieves-Soto and Cordero-Quinones in their **offcial capacity** with summons and a copy of the complaint. (See Exhibits 1 and 2)

2. To this date, no motions have been filed on behalf of defendant in their official capacity.

3. As provided by Rule 55 of the Federal Rules of Civil Procedure, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

1

4. As evidenced by the executed summons they were properly served. Therefore, entry of default is appropriate.

WHEREFORE, it is respectfully requested from the Clerk of Court to enter default against defendants in their **official capacity**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this June 10th, 2025.

*s/Fredeswin Pérez-Caballero*
Fredeswin Pérez-Caballero
Attorney for Plaintiffs
P.O. Box 723
Caguas, Puerto Rico 00726-0723
Telephone:   787-239-7226
USDC-PR 217803
e-mail: fpclaw@gmail.com

2